

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00490-CV

| | | |
|---|---|---|
| TIM BOTHE, Appellant | § | On Appeal from the 96th District Court |
| V. | | |
| CITY OF FORT WORTH; CITY OF MANSFIELD; TARRANT REGIONAL WATER DISTRICT; TARRANT COUNTY; TARRANT COUNTY COLLEGE DISTRICT; TARRANT COUNTY HOSPITAL DISTRICT; ARLINGTON INDEPENDENT SCHOOL DISTRICT; FORT WORTH INDEPENDENT SCHOOL DISTRICT; AND MANSFIELD INDEPENDENT SCHOOL DISTRICT, Appellees | §<br><br>§<br><br>§ | of Tarrant County (096-D31111-22)<br><br>February 2, 2023<br><br>Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr